# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| Lakeeshia Blackshure<br><br>　　Plaintiff,<br><br>v.<br><br>The CBE Group, Inc.<br><br>　　Defendant. | Case No. 0:15-cv-61744-DPG<br><br>District Judge:<br>Honorable Darrin P. Gayles<br><br>Magistrate Judge:<br>Honorable William C. Turnoff<br><br>**NOTICE OF SETTLEMENT** |

　　Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.


　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　By:  s/ John P. Murray____

　　　　　　　　　　　　　　　　*Of Counsel*
　　　　　　　　　　　　　　　　John P. Murray, Esq.
　　　　　　　　　　　　　　　　Florida Bar No. 975818
　　　　　　　　　　　　　　　　2655 Lejeune Rd., PH1-D
　　　　　　　　　　　　　　　　Coral Gables, FL  33134
　　　　　　　　　　　　　　　　Phone: 305-779-4818
　　　　　　　　　　　　　　　　Fax: 305-779-4819
　　　　　　　　　　　　　　　　Email: john@johnpmurray.com

Date: September 28, 2015

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Thomas Lockard
Litigation Manager
CBE Companies
1309 Technology Parkway
Cedar Falls, IA 50613

                                              s/ John P. Murray