# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| Lakeeshia Blackshure<br><br>      Plaintiff,<br><br>v.<br><br>The CBE Group, Inc.<br><br>      Defendant. | Case No.  0:15-cv-61744-DPG<br><br>District Judge:<br>Honorable Darrin P. Gayles<br><br>Magistrate Judge:<br>Honorable William C. Turnoff<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ John P. Murray

*Of Counsel*
John P. Murray, Esq.
Florida Bar No. 975818
2655 Lejeune Rd., PH1-D
Coral Gables, FL  33134
Phone: 305-779-4818
Fax: 305-779-4819
Email: john@johnpmurray.com

Date: October 21, 2015

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Thomas Lockard
Litigation Manager
CBE Companies
1309 Technology Parkway
Cedar Falls, IA 50613

/s/ John P. Murray

2